No. 94–5125.   MILTON v. UNITED STATES, *ante,* p. 919.   Petition for rehearing denied.   JUSTICE THOMAS took no part in the consideration or decision of this petition.

DECEMBER 22, 1994

No. 94–167.   GUTIERREZ DE MARTINEZ ET AL. v. LAMAGNO ET AL.   C. A. 4th Cir.   [Certiorari granted, *ante,* p. 998.]   Motion of respondent Dirk A. Lamagno to substitute counsel denied without prejudice to the filing of a motion for divided argument.